# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

RICHMOND MAIN, LLC

A Michigan Limited Liability Company,

|  |  |
|---|---|
|  | Hon. Denise Page Hood |
| Plaintiff | Hon. Magistrate Anthony P. Patti |
|  | Civil Action No. 2:24-cv-12106 |

Vs.

FRENCHTOWN SQUARE PARTNERSHIP

An Ohio General Partnership,

    Defendant.

_____/

| PHILLIP A. GREENBLATT, PLLC | Phillip A. Costello (P36075) |
|---|---|
| Phillip A. Greenblatt (P54170) | PHILIP A. COSTELLO, PLLC |
| Attorney for Plaintiff | Attorney for Defendant |
| P.O. Box 4270 | 111 S. Macomb Street |
| Southfield, MI 48037 | Monroe, MI 48161 |
| (248) 227-7350 | (734) 241-8300 |
| phil@phillipagreenblattpllc.com | pacostello@brblaw.net |

_____/

## STIPULATED ORDER EXTENDING DEADLINE FOR PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO COMPEL AND FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO AMEND COMPLAINT

Based on the stipulation of the parties, through their undersigned counsel,

the time period pursuant to E.D. Mich. LR 7.1 for the Plaintiff to file and serve a

Response to Defendant's Motion to Compel electronically filed and served on May 27, 2025 (ECF No. 23) shall be extended until June 24, 2025 and Defendant's Reply, if any, shall be governed by any future Court Ordered Briefing schedule; and, the time period pursuant to E.D. Mich. LR 7.1 for the Defendant to file and serve a Response to Plaintiff's Motion to Amend Complaint electronically filed and served on June 4, 2025 (ECF No. 24) shall be extended until July 2, 2025 and Plaintiff's Reply, if any, shall be governed by any future Court Ordered Briefing schedule

     IT IS SO ORDERED.


_____
Anthony P. Patti
United States Magistrate Judge

Dated: June 20, 2025

So stipulated and agreed:

| By: /s/ Phillip A. Greenblatt (P54170) | By: /s/ Phillip A. Costello (P36075) |
|---|---|
| Phillip A. Greenblatt (P54170) | PHILIP A. COSTELLO, PLLC |
| Phillip A. Greenblatt, PLLC | Attorney for Defendant |
| Attorney for Plaintiff | 111 S. Macomb Street |
| P.O. Box 4270 | Monroe, MI 48161 |
| Southfield, Michigan 48037 | (734) 241-8300 |
| (248) 227-7350 | pacostello@brblaw.net |
| phil@phillipagreenblattpllc.com | |